**4JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85337
Telephone: (602) 550-6405
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com

JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Pinal County, the Pinal County Sheriff's Office, and Sheriff Mark Lamb, in his official and individual capacity (the "Pinal County Defendants")

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ashcraft and Barbara Ashcraft, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>Pinal County, a public entity; Pinal County Sheriff's Office, a division of Pinal County; Sheriff Mark Lamb, in his official and individual capacity; John Does I-L; Jane Does, LI-C, ABC Corporations CI-CL; and XYZ Partnerships CLI-CC,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION FROM STATE COURT** |

To the Clerk of the above entitled Court:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1331, 1343, 1441 and 1446 and U.S. District Court Local Rule 3.6, the Pinal County Defendants hereby notice the removal of the above-captioned case from the Arizona Superior Court, County of Pinal, to this Court and in support thereof respectfully show:

1

1. The Pinal County Defendants received the original Complaint[1] in the state court action on or about April 1, 20019.  A Copy of State Court Records are attached hereto as Exhibit "A" and incorporated herein by reference.

2. This Notice of Removal is being filed within thirty days after receipt of the Complaint, which state federal claims in the underlying state court action,  and is timely filed under 28 U.S.C. §1446(b).

3. The time for the Pinal County Defendants to answer or move with respect to the Complaint and/or Amended Complaint has not expired; the Pinal County Defendants have not answered or otherwise responded to the original Complaint or the Amended Complaint.

4. Upon information and belief, Plaintiffs are resident of the State of Arizona.

5. A copy of this Notice has been filed with the Clerk of the Superior Court in and for Pinal County.

6. This is a civil action in which Plaintiffs allege constitutional causes of action pursuant to 42 U.S.C. §1983, as well as alleged, pendent state law causes of action.

WHEREFORE, the Pinal County Defendants request the above-entitled action now pending in the Superior Court of the State of Arizona, in and for the County of Pinal, be removed to this Court and that all further proceedings in this action be conducted in this Court as provided by law, and as a Phoenix Precinct matter pursuant to LRCiv. 77.1.

---

[1] On April 19, 2019, Plaintiffs filed an Amended Complaint, which is part of the State Court Records attached hereto as Exhibit A.

DATED this 24th day of April, 2019.

                              JELLISON LAW OFFICES, PLLC

                              By: /s/James M. Jellison_____
                              James M. Jellison
                              *Attorney for the Pinal County Defendants*

I hereby certify that on April 24, 2019
I electronically transmitted the attached document
to the Clerk's Office using the
CM/ECF System for filing,

COPY mailed this same day to:

RUBIN LAW PLC
Alexandra S. Rubin
3550 North Central Avenue, Suite 1010
Phoenix, AZ 85012-2111
*Attorneys for Plaintiff*


/s/Jill H. Jellison

3