# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Dennis Ashcraft ; Barbara Ashcraft | **Defendant(s):** Pinal County, a public entity ; Pinal County Sheriff's Office, a division of Pinal County ; Sheriff Mark Lamb, in his official and individual capacity ; John Does I-L ; Jane Does, LI-C ; ABC Corporations CI-CL ; XYZ Partnerships CLI-CC |
| County of Residence: Pinal | County of Residence: Pinal |
| County Where Claim For Relief Arose: Pinal | |
| Plaintiff's Atty(s):<br>Alexandra S. Rubin<br>Rubin Law PLC<br>3550 North Central Avenue, Suite 1010<br>Phoenix, Arizona 85012-2111<br>602-795-4888 | Defendant's Atty(s):<br>James M. Jellison<br>Jellison LawOffices, P.L.L.C<br>36889 N. Tom Darlington Drive Suite B7; Box 2800<br>Carefree, Arizona 85377<br>602-550-6405 |

**REMOVAL FROM PINAL COUNTY, CASE #S1100CV201900034**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | Plaintiff:- 1 Citizen of This State<br>Defendant:- 1 Citizen of This State |
| IV. Origin : | 2. Removed From State Court |
| V. Nature of Suit: | 440 Other Civil Rights |
| VI. Cause of Action: | Civil rights: 28 U.S.C section 1331; 28 U.S.C. section 1343; 28 U.S.C. section 1441; U.S.C. section 1446 |
| VII. Requested in Complaint | Class Action: No |

Dollar Demand:
Jury Demand: **Yes**

## VIII. This case is **not related** to another case.

---

Signature: /s/James M. Jellison

Date: 4/24/19

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014