# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Dennis Ashcraft and Barbara Ashcraft, husband and wife, | Plaintiff | Alexandra S. Rubin, Esq. #029777<br>RUBIN LAW PLC<br>3550 North Central Avenue, Suite 1010<br>Phoenix, AZ 85012-2111<br>(602) 795-4888<br>Attorney for the Plaintiff |
| Pinal County<br>Pinal County Sheriff's Office<br>Sheriff Mark Lamb | Defendant | James M. Jellison, Esq. #012763<br>JELLISON LAW OFFICES, PLLC<br>36889 N. Tom Darlington Dr<br>Suite B7; Box 2800<br>Carefree, AZ 85377<br>(602) 550-6405<br>Attorney for the Defendant |
| John and Jane Doe I-L<br>ABC Corporations CI-CL<br>XYZ Partnerships CLI-CC | Defendant | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?     Yes ●     No ○
   If "Yes," by which party and on what date?
   Dennis Ashcraft and Barbara Ashcraft                                                                       01/07/2019

3. **Answer:**
   Was an Answer made in another jurisdiction?     Yes ○     No ●
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |---|---|---|
   | Pinal County | 4/1/19 | Personal service |
   | Pinal County Sheriff's Office | 4/1/19 | Personal service |
   | Sheriff Mark Lamb | 4/1/19 | Personal service |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

   | Party | Reason Not Served |
   |---|---|
   | not aware of any | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |---|---|
   | NA | |
   | | |
   | | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claims |
   |---|---|
   | Plaintiffs Dennis Ashcraft and Barbara Ashcraft | alleges assualt, battery, false imprsonment, excessive force and deprivation of Constitutional Rights, and negligent failure to supervise |
   | | |
   | | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)