**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Dr.
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone: (480) 659-4233
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Pinal County, the Pinal County Sheriff's Office, and Sheriff Mark Lamb, in his official and individual capacity (the "Pinal County Defendants")

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ashcraft and Barbara Ashcraft, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>Pinal County, a public entity; Pinal County Sheriff's Office, a division of Pinal County; Sheriff Mark Lamb, in his official and individual capacity; John Does I-L; Jane Does LI-C, ABC Corporations CI-CL; and XYZ Partnerships CLI-CC,<br><br>Defendants. | Case No.: 2:19-cv-02614-JZB<br><br>**NOTICE OF SETTLEMENT** |

Defendants Pinal County, the Pinal County Sheriff's Office, and Sheriff Mark Lamb, in his official and individual capacity, give Notice that Plaintiffs and Defendants have agreed to settle the above-captioned matter and on a form of written settlement agreement. The parties expect that a stipulation to dismiss with prejudice will be filed within the next thirty (30) days.

DATED this 13th day of March, 2020.

JELLISON LAW OFFICES, PLLC


s/James M. Jellison
James M. Jellison
*Attorney for the Pinal County Defendants*

1

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with service to the following registrants.

Alexandra S. Rubin
RUBIN LAW PLC
3550 North Central Ave., Ste. 1010
Phoenix, Arizona 85012-2111
*Attorneys for Plaintiffs*

/s/Judy Phillips