**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Dr.
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Pinal County, the Pinal County Sheriff's Office, and Sheriff Mark Lamb, in his official and individual capacity (the "Pinal County Defendants")

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Ashcraft and Barbara Ashcraft, husband and wife,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>Pinal County, a public entity; Pinal County Sheriff's Office, a division of Pinal County; Sheriff Mark Lamb, in his official and individual capacity; John Does I-L; Jane Does LI-C, ABC Corporations CI-CL; and XYZ Partnerships CLI-CC,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-02614-JZB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through counsel undersigned, hereby stipulate that the above-titled and numbered action, and all causes of action asserted therein, shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees incurred herein.

　　　DATED this 15th day of April, 2020.

JELLISON LAW OFFICES, PLLC　　　　　RUBIN LAW PLC


By s/James M. Jellison　　　　　　　　By s/ Alexandra S. Rubin
James M. Jellison　　　　　　　　　　　Alexandra S. Rubin
*Attorneys for the Pinal County Defendants*　3550 N. Central Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012-2111
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*